UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL GRIFFITH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF IDAHO, et al., <br><br> Defendants. | CASE NO. C17-5708 BHS <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 8), and Plaintiffs John Cruz Meno, Michael Griffith, Michael Aaron Bonner, and Detrick Curtis Conerly's ("Plaintiffs") objections to the R&R (Dkt. 9).

On September 26, 2017, Judge Creatura issued the R&R recommending that the Court dismiss the complaint for improper venue. Dkt. 8. On October 16, 2017, Plaintiffs objected arguing that venue is proper for several reasons. Dkt. 9.

The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to. The district judge may accept, reject, or

modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions. Fed. R. Civ. P. 72(b)(3).

In this case, Plaintiffs' objections are without merit. The Western District of Washington is not a proper venue for this action. Neither Plaintiffs nor any of the named Defendants reside in this district. The Court has discretion to either dismiss the action or transfer it to the District of Idaho. The Court concludes that is in the best interest of justice to dismiss this case without prejudice because Plaintiffs' allegations as pleaded are without merit. Therefore, the Court having considered the R&R, Plaintiffs' objections, and the remaining record, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Plaintiffs' motion to proceed *in forma pauperis* is **DENIED** and the complaint is **DISMISSED without prejudice**;

(3) Plaintiffs' pending motions are **DENIED as moot**; and

(4) The Clerk shall close this case.

Dated this 3rd day of November, 2017.

BENJAMIN H. SETTLE
United States District Judge